UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

CHAD A. STITES,

    Petitioner,

v.                                                    Case No. 17-C-1318

DALE SCHMIDT,

    Respondent.

## ORDER ADOPTING REPORT AND RECOMMENDATION
## AND DISMISSING PETITION

Petitioner Chad Stites filed a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241. On October 13, 2017, Magistrate Judge William E. Duffin screened his petition and filed a Report and Recommendation. In that Report and Recommendation, the Magistrate Judge recommends that the petition be dismissed. Stites has not filed an objection to this recommendation. After careful consideration of the Report and Recommendation as well as the record as a whole, the court adopts the Report and Recommendation of the Magistrate Judge and orders the petition dismissed. A Certificate of Appealability is denied for the reasons recommended. The Clerk is directed to enter judgment forthwith.

**SO ORDERED** this  1st  day of November, 2017.

                                                         s/ William C. Griesbach
                                                         William C. Griesbach, Chief Judge
                                                         United States District Court